IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BEUTLER,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General,<br><br>            Defendant.<br>                                         / | No. C 06-1833 CW<br><br>ORDER PERMITTING PLAINTIFF TO FILE LATE OPPOSITION AND VACATING SEPTEMBER 13, 2007 HEARING |

On July 31, 2007, Defendant John E. Potter, Postmaster General, filed an amended motion to dismiss Plaintiff's amended complaint, noticing it for hearing on September 13, 2007. Pro se Plaintiff Richard Beutler has not filed an opposition and the time has passed for him to do so. In light of his pro se status, and in the interest of justice, the Court will grant Plaintiff an additional two weeks from the date of this order to file an opposition: his opposition is due September 18, 2007. Defendant may file a reply by September 25, 2007. If Plaintiff fails to file an opposition by September 18, 2007, the Court will decide Defendant's motion on the record before it. Further, Plaintiff is reminded that if he does not file and serve a written opposition,

1  the Court may deem this failure to act to be consent to the
2  granting of Defendant's Motion to Dismiss.
3      The hearing noticed for September 13, 2007 is VACATED.  The
4  matter shall be decided on the papers.
5      IT IS SO ORDERED.

7  Dated: 9/5/07

                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD BEUTLER,

        Plaintiff,

  v.

JOHN E. POTTER et al,

        Defendant.

Case Number: CV06-01833 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Scharf
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

Richard Beutler
2780 Goodwin Ave.
Redwood City, CA 94061

Dated: September 5, 2007

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

3